1   HARRIS B. TABACK, California Bar No. 111017
    LAW OFFICES OF HARRIS B. TABACK
2   345 Franklin Street, Suite. 102
    San Francisco, CA  94102
3   (415) 241-1400

4   Attorney for Defendant
    RICARDO TANG
5

6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,            )   Case No.  CR 10 - 0141 - MHP
                                         )
11                    Plaintiff,         )
                                         )   STIPULATED REQUEST TO
12  v.                                   )   CONTINUE THE STATUS
                                         )   CONFERENCE AND EXCLUDE
13  RICARDO TANG,                        )   TIME AND ~~PROPOSED~~ ORDER
                                         )
14                    Defendant.         )
                                         )
15  _____

16        Defendant, RICARDO TANG, by and through Counsel, Harris B. Taback, and the United

17  States, by Counsel Jonathan Schmidt, stipulate and agree that the current status conference in the

18  above referenced case on November 1, 2010, should be continued to November 29, 2010 at 10:00

19  a.m.  At the hearing on July 12, 2010, the parties agreed and the Court ordered that time from July

20  12, 2010 to October 4, 2010 be excluded from the computation of the time for commencement of

21  trial under the Speedy Trial Act based upon the need for defense counsel to complete a necessary

22  investigation and to provide effective assistance of counsel.  At the hearing on October 4, 2010, the

23  parties and the court ordered  that time from October 4  to November 1, 2010 be excluded from the

24  computation of the time for commencement of trial under the Speedy Trial Act based upon the need

25  for defense counsel to complete a necessary investigation and to provide effective assistance of

26  counsel.  The parties now further stipulate that the time period from November 1,  2010, up to and

27  including  the  new  status  conference  date  of  November  29,  2010,   should  be  excluded  from

28  computation of the time for commencement of trial under the Speedy Trial Act, based upon the need

1  for defense counsel to complete a necessary investigation and to provide effective assistance of
2  counsel.
3        For these reasons, the defendant, defense counsel, and the government agree additional
4  time is required for effective preparation.  The parties agree that the requested time be excluded in
5  the interests of justice under 18 U.S.C. S 3161 (h) (8) (B) (iv) and that the ends of justice served by
6  excluding time from November 1, 2010 to November 29, 2010, outweigh the best interests of the
7  public and the defendant in a speedy trial.  Id. Section 3161 (h) (A).

8                                        Respectfully Submitted,

10  DATED: October 28, 2010         By: /s/ Harris B. Taback
11                                        LAW OFFICES OF HARRIS B. TABACK
12                                        Attorney for RICARDO TANG

14  DATED: October 28, 2010         By: /s/ Jonathan Schmidt
15                                        ASSISTANT UNITED STATES ATTORNEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  CR - 10- 0141 - MHP |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER |
| v. | ) ) | |
| RICARDO TANG, | ) ) | |
| Defendant. | ) ) ) | |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the Status Hearing in the above referenced case currently scheduled for November 1, 2010 at 10:00 a.m. is vacated and rescheduled to November 29, 2010 at 10:00 a.m.  It is also ordered that the time periods from July 12, 2010 to October 4, 2010 from October 4, 2010 to  November 1, 2010 and from November 1, 2010 to November 29, 2010 are excluded under the Speedy Trial Act.  See 18 U.S.C. 3161 (b) (8) (iv) and 18 U.S.C. 3161 (h) (A).

The Court finds that the excludable time is necessary to give defense counsel adequate time to investigate and provide effective assistance of counsel.  Further, the ends of justice served by excluding the time from November 1, 2010 to November 29, 2010  outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

DATED: October  28 , 2010

IT IS SO ORDERED

Judge Marilyn H. Patel

THE HON_____ PATEL
UNITED S_____ JUDGE