IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO TANG,<br><br>Defendant. | Case No. CR - 10- 0141 - MHP<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the defendant RICARDO TANG's Pre Trial Release conditions are modified as follows:

Mr. Tang is permitted to travel from the Northern District of California to Las Vegas, Nevada, on November 12, 2010 and he is to return to the Northern District of California no later than November 18, 2010. Further, Mr. Tang is ordered to provide Pre trial Services with his travel itinerary in advance for his permitted trip to Las Vegas, Nevada and his contact information while he is out of the Northern District of California during this trip.

IT IS SO ORDERED.

DATED: November 10 2010

_____
THE HONORABLE MAGISTRATE
BERNARD ZIMMERMAN
UNITED STATES DISTRICT COURT JUDGE