1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
3  JONATHAN SCHMIDT (CABSN 230646)
   Assistant United States Attorneys
4  450 Golden Gate Ave., 11th Floor
   San Francisco, CA 94102
5  (415) 436-6776 (tel)
   (415) 436-7234 (fax)
6  Jonathan.Schmidt@usdoj.gov

7

8  Attorneys for Plaintiff
   United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14                                      )    CR 10-141-MHP
   UNITED STATES OF AMERICA,            )
15                                      )    Stipulation and [Proposed] Order
         Plaintiff,                     )    Continuing hearing date to February 7,
16                                      )    2011and Excluding Time
   v.                                   )
17                                      )
   RICHARD TANG,                        )
18                                      )
         Defendant                      )
19                                      )
                                        )
20  _____ )

21

22       On November 29, 2010, the parties appeared before the Court and set a status date of January

23  10, 2011, and the parties agreed that the period of delay from November 29, 2010, to January 10,

24  2011, be excluded in computing the time within which the trial must commence.  The parties are

25  working on resolving the case and would like to continue the January 10, 2011, hearing date to

26  February 7, 2011, at 10:00 a.m.  The parties stipulate that the time from January 10, 2011, to

27  February 7, 2011, should also be excluded in computing the time within which the trial must

28  commence.  The grounds for both these exclusion is the need for defense counsel to adequately

1    prepare.  Failure to grant such a continuance would unreasonably deny the defendant and the

2    government the reasonable time necessary for effective preparation, taking into account the

3    exercise of due diligence.  *See* 18 U.S.C. Section 3161(h)(8)(A) and (B)(iv).  Further the ends of

4    justice served by the continuance outweigh the best interest of the public and the defendant in a

5    speedy trial.

6

7         **IT IS SO STIPULATED:**

8

9    DATED:   January 5, 2011                    MELINDA HAAG
                                                 United States Attorney
10

11

12                                              _____/S/_____
                                                JONATHAN SCHMIDT
13                                              Assistant United States Attorney

14

15   DATED:   January 5, 2010                    _____/S/_____
                                                 HARRIS TABACK
16                                               Attorney for RICHARD TANG

17

18   **IT IS SO ORDERED**.

19

20   DATED: __January 6_____, 2011

21

22                                              IT IS SO ORDERED

23                                              Judge Marilyn H. Patel

24

25

26

27

28

2